The Honorable Judge Ronald B. Leighton

04-CV-05666-ORD

FILED _____ LODGED
_____ RECEIVED

FEB 16 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA WYATT and EDNA WILLADSEN,

Plaintiffs,

v.

FORD MOTOR COMPANY, et al.,

Defendants.

NO. CV5666L

STIPULATION AND ORDER OF DISMISSAL

HEARING DATE:

### STIPULATION

IT IS HEREBY STIPULATED between the Plaintiffs and Defendants, parties

///
///
///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL - 1

Peter Moote Law Firm
Attorneys at Law
Post Office Box 625
Freeland, Washington 98249
Freeland Office: (360) 331-4961
Seattle Office: (206) 447-1615

Case 3:04-cv-05666-RBL   Document 74   Filed 02/16/07   Page 2 of 3
Case 3:04-cv-05666-RBL   Document 73   Filed 02/15/2007   Page 2 of 3

to the above-entitled action, that the same has been fully settled and compromised and may, therefore, be dismissed with prejudice and without costs or attorney's fees.

Dated this 15th day of February, 2007.

> s/ Peter Moote
> State Bar Number 6098
> Peter Moote Law Firm
> P.O. Box 625
> Freeland, WA 98249
> Telephone: (360) 331-4961
> Fax: (360) 331-7755
> e-Mail: emplatty@whidbey.com

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing stipulation of the parties hereto, and it appearing at the Court that the above-entitled cause has been fully settled and compromised, and the Court being fully advised in the premises, Now, Therefore, it is hereby,

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs or attorney's fees.

DATED this 16th day of February, 2007.

_____
The Honorable Ronald B. Leighton

Presented by:

/s/ Peter Moote
State Bar Number 6098
Peter Moote Law Firm
P.O. Box 625
Freeland, WA 98249
Telephone: (360) 331-4961
Fax: (360) 331-7755
e-Mail: emplatty@whidbey.com

STIPULATION AND ORDER OF DISMISSAL - 2

Peter Moote Law Firm
Attorneys at Law
Post Office Box 625
Freeland, Washington 98249
Freeland Office: (360) 331-4961
Seattle Office: (206) 447-1615

1  Agreed for Entry:

2
   /s/Stephen M. Bledsoe
3  State Bar Number MO 47048
   Berkowitz Stanton Brandt Williams & Shaw LLP
4  Two Emanuel Cleaver II Blvd.
   Suite 500
5  Kansas City, MO 64112
   Telephone: 816-627-0240
6  Fax: 816-561-1888
   e-Mail: sbledsoe@bowse-law.com

7

8  /s/ Dan'L W. Bridges
   State Bar No. 24179
9  11100 NE 8th St., Ste 300
   Bellevue, WA 98004-2912
10 Telephone: 425-818-4880
   Fax: 425-818-4882
11 E-mail: dbridges@danbridges-law.com

12

13

14

15

16

17

18

19

20

21

22

23

24 **STIPULATION AND ORDER OF DISMISSAL - 3**          **Peter Moote Law Firm**
                                                      **Attorneys at Law**
25                                                    **Post Office Box 625**
                                                      **Freeland, Washington 98249**
                                                      Freeland Office: (360) 331-4961
26                                                    Seattle Office: (206) 447-1615